# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VENETA LEPERA,<br><br>      Plaintiff,<br><br>v.<br><br>SKILLED HEALTHCARE, LLC, *et al.*,<br><br>      Defendants. | Case No.: 2: 13-cv-1283-GMN-PAL |

## ORDER

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1.    the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order be unsealed;

2.    the United States serve its Complaint upon defendants, together with this Order, within 90 days;

3.    the relator's Complaint be unsealed upon the filing and service of the United States' Complaint in Intervention;

4.    all other papers or Orders on file in this matter shall remain under seal;

5.    the seal be lifted on all other matters occurring in this action after the date of this Order;

6.    as to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States , as provided for in

1 | 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

7. all orders of this Court shall be sent to the United States; and that

8. should the relator or the defendant propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,

This __8__ day of __August__, 2014

_____
United States District Judge

7